IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CHARLES E. CALHOUN, JR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:08-CV-115 (HL) |
| **MARIA LAW and ARNITA STEWART**, | : | |
| Defendants. | : | |

## ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered January 28, 2010 (Doc. 26) is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision.  Accordingly, the Court accepts the Recommendation to grant Defendants' Motion for Summary Judgment (Doc. 21) and deny Defendants' Motion to Dismiss (Doc. 19).

**SO ORDERED**, this the 1st day of March, 2010.

*s/   Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh